**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUNO FORTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TABOOLA.COM LTD. *et al.*,<br><br>Defendants. | Case No. 1:26-cv-07170-VM<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Yehuda Goor of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 Fifth Avenue, New York, NY 10016, hereby appears on behalf of Defendants Taboola.com Ltd., Adam Singolda, and Stephen Walker.

I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
September 16, 2026

Respectfully Submitted,

*/s/ Yehuda Goor*

Yehuda Goor
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000
yehudagoor@quinnemanuel.com

*Counsel for Defendants Taboola.com Ltd., Adam Singolda, and Stephen Walker*