**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRUNO FORTIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

TABOOLA.COM LTD., ADAM SINGOLDA, and STEPHEN WALKER,

Defendants.

Case No. 1:26-cv-07170-VM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 10/22/26

**ORDER GRANTING BRUNO FORTIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**

Having considered Bruno Fortin's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Bruno Fortin as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay Wolke & Rotter LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: October 22, 2026

HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE